# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOCELYN BOUTOS, N/K/A JOCELYN TALLOW,

                Appellant,

vs.

DAVID BOUTOS,

                Respondent.

No. 72610

**FILED**

JUL 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees, and the clerk shall issue the remittitur forthwith. NRAP 42(b).

It is so ORDERED.[1]

_____ , C.J.
      Cherry

cc:   Hon. Jennifer Elliott, District Judge, Family Court Division
       Carolyn Worrell, Settlement Judge
       Vaccarino Law Office
       David Boutos
       Eighth District Court Clerk

---

[1]Any relief regarding the bond for costs on appeal must be sought in the district court. NRAP 7.

17-24300